## Carl A. Johnson, Appellant, v. Irene M. Watson et. al., Appellees.

### Gen. No. 41,403.

opinion filed March 31, 1941; opinion modified and rehearing denied April 14, 1941. Deming, Jarrett & Mulfinger, for appellant; Henry E. Ayers, for certain appellees; Horace A. Young, for certain other appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."